IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.R. NO. C-09-529M |
| | § | |
| SERGIO CARDENAS-MEDINA | § | |

**ORDER OF DETENTION PENDING TRIAL**

On June 22, 2009, a detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  Detention of defendant pending trial in this case is required because defendant has not established any evidence that there are any conditions or combination of conditions that will reasonably assure the appearance of the defendant as required as he has no legal status to be in the United States.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 23rd day of June 2009.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE